IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | :   CRIMINAL CASE NO.: |
| v. | :   2:21-CR-51-RWS-JCF |
| | : |
| GERMAN EMMANUEL CHAVEZ ENRIQUEZ | : |
| | : |

## ORDER

This case is before the Court on Defendant's Unopposed Motion To Continue Pretrial Conference And Deadline For Pretrial Motions (Doc. 15). Defendant requests that the Court extend the pretrial motions deadline of January 13, 2022 for an additional 30 days and to continue the pretrial conference scheduled for January 19, 2022. (*See* December 1, 2021 minute entry). For good cause shown, Defendant's motion is **GRANTED**, and the deadline for Defendant to file his pretrial motions is extended until **FEBRUARY 14, 2022**. The pretrial conference scheduled on January 19, 2022 at 10:45 a.m. is **CANCELLED** and will be rescheduled by separate Order.

The Court finds that the ends of justice served by granting this extension outweigh the best interest of the public and Defendant in a speedy trial. Failure to grant this continuance would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Therefore, pursuant to Title 18, United States Code, Sections

1

3161(h)(7)(A) and (B)(iv), the Clerk is directed to exclude from computation under the Speedy Trial Act the period of delay from January 13, 2022 until February 14, 2022.

**IT IS SO ORDERED** this 13th day of January, 2022.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge

2